IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eguia, Aurelio

Eguia, Emilia

Printed: 03/24/09

Case Number:  05 B 28733

Judge:  Wedoff, Eugene R

Filed:  7/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 29, 2009

Confirmed:  September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,400.00 |  |
| Secured: |  | 890.00 |
| Unsecured: |  | 2,297.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,097.70 |
| Trustee Fee: |  | 380.68 |
| Other Funds: |  | 733.75 |
| Totals: | 7,400.00 | 7,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,097.70 | 3,097.70 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 1,680.06 | 890.00 |
| 4. | Resurgent Capital Services | Unsecured | 1,568.76 | 615.63 |
| 5. | Resurgent Capital Services | Unsecured | 1,399.75 | 549.31 |
| 6. | Target National Bank | Unsecured | 567.51 | 222.71 |
| 7. | Nicor Gas | Unsecured | 56.83 | 0.00 |
| 8. | Cingular Wireless | Unsecured | 5.61 | 0.00 |
| 9. | Rx Acquisitions | Unsecured | 4.26 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 116.66 | 45.78 |
| 11. | Rx Acquisitions | Unsecured | 26.14 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 900.07 | 353.22 |
| 13. | Discover Financial Services | Unsecured | 1,302.69 | 511.22 |
| 14. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Revenue Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,726.04 | $ 6,285.57 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eguia, Aurelio

Eguia, Emilia

Printed: 03/24/09

Case Number:  05 B 28733

Judge:  Wedoff, Eugene R

Filed:  7/20/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5% | 110.00 |
| 5% | 15.79 |
| 4.8% | 23.24 |
| 5.4% | 96.92 |
| 6.5% | 129.36 |
| 6.6% | 5.37 |
| | $ 380.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

